UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**RONALD LANGENBAHM,**　　　　　　　　　　**CASE NO.   1:12-cv-651**

　　Plaintiff,　　　　　　　　　　　　　　　　**Judge Timothy S. Black**

　　**-vs-**

**COMMISSIONER OF
SOCIAL SECURITY,**

　Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

　　**[ ]　　Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

　　**[X]　　Decision by Court:**

　　**IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is **NOT SUPPORTED BY SUSBATANTIAL EVIDENCE,** and is **REVERSED** and is **REMANDED** to the ALJ under the Fourth Sentence of 42 U.S.C. § 405(g); and that the case is **CLOSED** from the docket of the Court.

Date: August 26, 2013　　　　　　　　　　　　　　**JOHN P. HEHMAN, CLERK**

　　　　　　　　　　　　　　　　　　　　　　　　By: _s/ M. Rogers_
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk